**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8206**

ANTONIO SAUNDERS,

          Plaintiff - Appellant,

     v.

BUCKNER, Corrections Officer; K. CLAY, Master Jail Officer;
BUDD, Officer; BYNUM, Master Jail Officer; G. EDWARDS,
Officer; SIMMONS, Officer; S. WILKINS, Sgt.; A. ESMILLER,
Master Jail Officer,

          Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie M. Brinkema,
District Judge. (1:07-cv-00501-LMB-JFA)

Submitted: October 15, 2009      Decided: October 28, 2009

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antonio Saunders, Appellant Pro Se.  Samuel Lawrence Dumville,
NORRIS, ST. CLAIR & LOTKIN, Virginia Beach, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Saunders appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Saunders v. Buckner, No. 1:07-cv-00501-LMB-JFA (E.D. Va. filed Aug. 28, 2008; entered Sept. 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED